IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 SEP -8 PM 4: 36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN RE SUBPOENA ISSUED TO § 
GRANDE COMMUNICATIONS § 
NETWORKS, LCC § CAUSE NO. 1:14-MC-848-LY
§
§

## ORDER

**IT IS HEREBY ORDERED** that Grande Communications Networks, LLC's Motion to Quash Subpoena filed September 5, 2014 (Clerk's Doc. No. 1), and all motions, responses, replies, and filings related thereto are **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 8th day of September, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE