# ATTACHMENT 1

## Salmon, Charles M.

| | |
|---|---|
| **From:** | Dennis Hawk <dennis@dhwk.com> |
| **Sent:** | Monday, September 08, 2014 2:36 PM |
| **To:** | Salmon, Charles M. |
| **Cc:** | Dennis Hawk |
| **Subject:** | RE: (2 of 2) Motion to Quash Subpoena pending before the Western District of Texas (Austin Division) -- In re Subpoena Issued to Grande Communications Networks LLC |

Dear Mr. Salmon:

We are in receipt of your recent filing in Texas. Although we have had considerable success in obtaining compliance by ISP's across the country, it appears that you will counsel your clients to deny our client's requests which we believe are in full compliance with the DMCA. Accordingly, we will seek alternative remedies available to our client and hereby formally withdraw our subpoena.

Any questions, please feel free to contact our office.


Dennis J. Hawk
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Fax: (310) 510-6769

 **Think green - Please consider the environment before printing this email**

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Salmon, Charles M. [mailto:csalmon@lockelord.com]
**Sent:** Friday, September 05, 2014 3:48 PM
**To:** Dennis Hawk
**Cc:** Huffman, Bart
**Subject:** FW: (2 of 2) Motion to Quash Subpoena pending before the Western District of Texas (Austin Division) -- In re Subpoena Issued to Grande Communications Networks LLC

Please see the attached, which were filed along with to Motion to Quash sent via my e-mail below.

**From:** Salmon, Charles M.
**Sent:** Friday, September 05, 2014 5:45 PM
**To:** 'dennis@dhwk.com'
**Cc:** Huffman, Bart
**Subject:** (1 of 2) Motion to Quash Subpoena pending before the Western District of Texas (Austin Division) -- In re Subpoena Issued to Grande Communications Networks LLC

Please see the attached, which was filed this afternoon in the United States District Court for the Western District of Texas (Austin Division). To avoid file-size issues, documents that were filed along with the attached will be sent by separate e-mail.

Regards,

Charles M. Salmon
**Locke Lord LLP**
600 Congress, Suite 2200
Austin, Texas  78701
512-305-4722 (direct dial)
512-391-4719 (fax)

Licensed in TX
Registered Patent Attorney
csalmon@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service. IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIALITY NOTICE:
This message and any attached files may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.