IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2014 SEP 12  AM 8: 42

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO<br>GRANDE COMMUNICATIONS<br>NETWORKS, LCC | §<br>§<br>§   CAUSE NO. 1:14-MC-848-LY<br>§<br>§ |

## ORDER

Before the court is the above-styled and numbered cause.  On September 8, 2014, this court

referred Grande Communications Networks, LLC's ("Grande") Motion to Quash Subpoena (Clerk's

Doc. No. 1), and all motions, responses, replies, and filings related thereto to the United States

Magistrate Judge for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil

Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court

for the Western District of Texas, as amended.  On September 10, 2014, Grande filed an Advisory

(Clerk's Doc. No. 3) alerting the court that the subpoena at issue had been withdrawn by the

subpoena's proponent, Rightscorp, Inc.  As there are no further issues remaining before the court,

IT IS HEREBY ORDERED that this case is CLOSED.

SIGNED this _14th_ day of September, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE